UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| FILED |
| --- |
| June 15, 2026 |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

SAMUEL BERNADINO,

      Defendant.

Case No.  2:26-cr-00091-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SAMUEL BERNADINO ,

Case No.  2:26-cr-00091-DJC , Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

___X___ Unsecured Appearance Bond $   50,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

___X___ (Other):   The defendant release is delayed until 06/18/2026 at 9:00 AM.

Issued at Sacramento, California on June 15, 2026 at 2:30 PM.

By: _____

Magistrate Judge Allison Claire