Martin Jones, State Bar #250598
Chastaine | Jones
3009 Douglas Blvd., Ste. 150
Roseville, CA 95661
(916) 932-7150
Email: martin@chastainejones.com

Attorney for Samuel Bernadino

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SAMUEL BERNADINO,<br><br>Defendant. | Case № 2:26-cr-0091-DC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

It is hereby stipulated between the parties, Cameron Desmond, Assistant United States Attorney, and Martin A. Jones, attorney for defendant SAMUEL BERNADINO that the Status Conference previously set for July 29, 2026, and having been reassigned from Judge Calabretta to Judge Coggins, should be continued and re-set for October 30, 2026, at 9:00 a.m. before Judge Coggins.

This status hearing will be the first hearing after arraignment. Mr. Bernadino was ordered to participate in an inpatient program and has not been able to communicate with his counsel since his release into that program. The Government has provided initial discovery, but it is anticipated that further discovery is forthcoming.

The parties agree that this court should make a finding of good cause for the requested continuance. Each party stipulates that the ends of justice are served by granting this continuance. The request for extending the date for the status conference is at the specific request of the defendant and with the knowing, intelligent and voluntary waiver of the defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to October 30, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: July 30, 2026

Respectfully submitted,

/s/ Martin A. Jones
Martin A. Jones
Attorney for Samuel Bernadino

DATED: July 30, 2026

Eric Grant
United States Attorney

/s/ Cameron Desmond
Cameron Desmond
Assistant United States Attorney

# **ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on July 30, 2026 (Doc. No. 21), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, a Status Conference is SET for October 30, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between July 30, 2026 and October 30, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **July 31, 2026**

Dena Coggins
United States District Judge