Martin Jones, State Bar #250598
Chastaine | Jones
3009 Douglas Blvd., Ste. 150
Roseville, CA 95661
(916) 932-7150
Email: martin@chastainejones.com

Attorney for Samuel Bernadino

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SAMUEL BERNADINO,<br><br>Defendant. | Case № 2:26-cr-0091-DC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

It is hereby stipulated between the parties, Cameron Desmond, Assistant United States Attorney, and Martin A. Jones, attorney for defendant SAMUEL BERNADINO that the Status Conference previously set for October 30, 2026, should be continued and re-set for December 18, 2026, at 9:00 a.m. before Judge Coggins.

This status hearing will be the second hearing after arraignment. The government has produced over 5000 pages of discovery. The defense is still reviewing discovery, conducting independent investigation, and otherwise preparing for trial. The government will be providing a plea agreement for Mr. Bernadino's consideration.

The parties agree that this court should make a finding of good cause for the requested continuance. Each party stipulates that the ends of justice are served by granting this continuance. The request for extending the date for the status conference

is at the specific request of the defendant and with the knowing, intelligent and voluntary waiver of the defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to December 18, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 23, 2026

Respectfully submitted,

/s/ Martin A. Jones
Martin A. Jones
Attorney for Samuel Bernadino

DATED: October 23, 2026

Eric Grant
United States Attorney

/s/ Cameron Desmond
Cameron Desmond
Assistant United States Attorney

# ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 23, 2026 (Doc. No. 25), and good cause appearing therefrom, APPROVES, *as modified,* the parties' stipulation. Accordingly, the Status Conference scheduled for October 30, 2026, is VACATED and RESET for December 18, 2026 at 9:30 a.m. (opposed to 9:00 a.m.) in Courtroom 10 before the Honorable Dena M. Coggins. The time period between October 23, 2026 and December 18, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant(s) in a speedy trial.

IT IS SO ORDERED.

Dated: **October 26, 2026**

Dena Coggins
United States District Judge